UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA MCEACHERN<br>Plaintiff,<br><br>v.<br><br>YORK ANALYTICAL LABORATORIES, INC.<br>and MICHAEL BECKERICH<br>Defendants. | Civil No. 3:08CV756(RNC)<br><br><br>Nov 12<br>~~October~~ ___, 2008 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lisa McEachern and Defendants York Analytical Laboratories, Inc. and Michael Beckerich through their undersigned counsel who are authorized by their respective clients to execute this stipulation, that the above-captioned action be dismissed as to all defendants in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements

PLAINTIFF,
LISA MCEACHERN

By: _____
Anthony J. Pantuso, III (ct 11638)
The Pantuso Law Firm, LLC
204 Broad Street, 2nd Floor
Milford, CT 06460
P: (203) 876-0000
F: (203) 877-1839

DEFENDANTS,
YORK ANALYTICAL LABORATORIES,
INC. and MICHAEL BECKERICH

By: _____
William J. Anthony (ct 17865)
Jackson Lewis, LLP
90 State House Square, 8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330